Robert Wayne Carter
Name

1800 South Severance

Hutchinson KS 67501
Address

FILED
JAN 05 2022
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Robert Wayne Carter, Plaintiff
(Full Name)

V.

Hutchinson Police Dept, Defendant(s)
Reno County Correctional Facility,
Repeat offender Program.

CASE NO. 22-3004-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Robert Wayne Carter (Plaintiff), is a citizen of Kansas (State)

who presently resides at 1800 South Severance Hutchinson Kansas
(Mailing address or place

67501                                      .
of confinement.)

2) Defendant Hutchinson Police Department is a citizen of
(Name of first defendant)

Hutchinson Kansas                       , and is employed as
(City, State)

City of Hutchinson                      . At the time the
(Position and title, if any)

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

Hutchinson Police Department

XE-2 8/82           CIVIL RIGHTS COMPLAINT §1983           1

3) Defendant <u>Reno County Correctional Facility</u> is a citizen of
(Name of second defendant)

<u>Hutchinson Kansas</u>, and is employed as
(City, state)

<u>City of Hutchinson</u>. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

<u>Reno county Jail</u>

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

<u>N/A    1983 / 8th Amendment</u>

B. NATURE OF THE CASE

1) Briefly state the background of your case:

I was Arrested several officers caused injury to me to wit A broken wrist lasting scars to wrists Ankles And other spots on my body — At the Jail was placed in A restraint chair while I was seizing out

Additional Defendant - RoP unit. Employed by Hutchinson Police Department city of Hutchinson. under color of state law  yes  Hutchinson Police Department

C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: 8th Amendment cruel and unusual Punishment

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):
RCCF - Booking officers Placed me in the restraint chair while I was visibly in the throws of a seizure

B) (1) Count II: 8th amendment cruel and unusual punishment, excessive force

(2) Supporting Facts: Deliberately and brutally beat me upon Arrest Dragging me in the street And Hog tying me.

C) (1) Count III: 8th Amendment cruel and unusual punishment, excessive force.

(2) Supporting Facts: Right wrist broken, both Ankles 2"x2" scars from skin removal permantly Disfigured, permanent Disfigurment wrists handcuffs Due to the bone.

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: N/A

        Defendants: N/A

    b) Name of court and docket number N/A

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

    d) Issues raised N/A

e) Approximate date of filing lawsuit ___N/A___

f) Approximate date of disposition ___N/A___

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

___Grievance Procedure___

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

___I am seeking $750,000 per defendant which equals $750,000___

___2.) All medical expenses paid___

___3.) All court costs paid as Deemed fit And Just___

_____          _____
Signature of Attorney (if any)                    Signature of Plaintiff

_____

_____
(Attorney's full address and telephone number)